CELIA L. McGUINNESS, ESQ. (SBN 159420)
STEVEN L. DERBY, ESQ. (SBN 148372)
DERBY, McGUINNESS & GOLDSMITH, LLP
200 Lakeside Drive Suite A
Oakland, CA 94612
Phone: (510) 987-8778
Fax: (510) 359-4414
info@dmglawfirm.com

Attorneys for Plaintiffs
TRACY ROUSSEAU and STAN ROUSSEAU

DOMINIQUE A. POLLARA, ESQ (SBN 141036)
POLLARA LAW GROUP
3600 American River Drive, Suite 160
Sacramento, CA 95864
Phone: (916) 55-5880
Fax: (916) 550-5066
dp@pollara-law.com

Attorneys for Defendants
ST. HELENA HOSPITAL and
ADVENTIST HEALTHCARE/WEST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ROUSSEAU and STAN ROUSSEAU<br><br>Plaintiffs,<br><br>v.<br><br>ST. HELENA HOSPITAL; AND ADVENTIST HEALTHCARE/WEST,<br><br>Defendants. | Case No. 4:17-cv-02985 HSG<br><br>Civil Rights<br><br>**STIPULATION AND ORDER TO EXTEND TIME UNDER F.R.C.P. RULE 12(F)**<br><br>Action Filed: May 24, 2017 |

## **STIPULATION**

By and through their attorneys of record, Plaintiffs TRACY ROUSSEAU and STAN

ROUSSEAU ("Plaintiffs") and Defendants ST. HELENA HOSPITAL and ADVENTIST

HEALTHCARE/WEST ("Defendants") hereby stipulate and agree as follows:

1  WHEREAS, this case has been assigned for early disclosures and mediation under
2  General Order 56;
3  WHEREAS, Defendants filed their Answer in this matter on June 30, 2017;
4  WHEREAS, Plaintiffs' deadline for filing a motion under Federal Rule of Civil
5  Procedure ("FRCP") Rule 12(f) to strike all or part of Defendants' Answer is July 21, 2017;
6  WHEREAS, Plaintiffs and Defendant have met and conferred regarding the alleged
7  deficiencies raised by Defendant's Answer and Affirmative Defenses;
8  WHEREAS, Plaintiffs and Defendant wish to avoid the time and expense of briefing an
9  FRCP 12(f) motion until/unless mediation under General Order 56 does not succeed;
10  IT IS HEREBY STIPULATED by and among Plaintiffs and Defendants that:
11  1. If the case does not settle at mediation under General Order 56, Plaintiffs retains the right
12     to file a motion under FRCP 12(f) as follows:
13     a. the parties shall meet and confer about amending the Answer within 7 days after
14        the mediation has been certified as completed;
15     b. that Defendants shall thereafter be allowed an opportunity to voluntarily amend
16        their Answer prior to Plaintiffs filing any Rule 12(f) motion;
17     c. Any amended answer by Defendants shall be filed no later than 21 days after the
18        mediation has been certified and completed; and
19     d. Plaintiffs may thereafter file their 12(f) Motion no later than 42 days from the
20        time mediation is certified as completed.
21  IT IS SO STIPULATED.

Dated: July 12, 2017                    DERBY, McGUINNESS & GOLDSMITH, LLP

                                         */s/ Celia McGuinness*
                                        By:  CELIA McGUINNESS, ESQ.
                                        Attorneys for Plaintiffs
                                        TRACY ROUSSEAU and STAN ROUSSEAU

- 2 -

| | | |
|---|---|---|
| 1 | Dated: July __, 2017 | POLLARA LAW GROUP |
| 2 | | |
| 3 | | _/s/ Dominique A. Pollara_ |
| 4 | | By: DOMINIQUE A. POLLARA, ESQ.<br>Attorneys for Defendants |
| 5 | | ST. HELENA HOSPITAL and<br>ADVENTIST HEALTHCARE/WEST |

- 3 -

STIPULATION AND ORDER
TO EXTEND TIME UNDER FRCP RULE 12(F)
CASE NO. 4:17-cv-02985 HSG

C:\Users\rileyn\AppData\Local\Temp\notes06E812\2017 06 21 Stip re 12(f) deadline.docx

# **ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ORDERED that:

The parties shall meet and confer within 7 days after the mediator certifies that mediation under General Order 56 has been completed. Defendants shall thereafter be allowed an opportunity to voluntarily amend their answer prior to plaintiff filing any FRCP 12(f) motion. Any amended answer shall be filed no later than 21 days after the mediation has been certified and completed. Plaintiff may thereafter file his motion no later than 42 days from the date mediation is certified and completed.

**IT IS SO ORDERED.**

Dated: July 13, 2017

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

# **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1, I hereby attest that on July 11, 2017, I, Celia McGuinness, attorney with Derby, McGuinness & Goldsmith, LLP, received the concurrence of Dominique Pollara in the filing of this document.

                                                 */s/ Celia McGuinness*
                                                 Celia McGuinness