CELIA L. McGUINNESS, ESQ. (SBN 159420)
STEVEN L. DERBY, ESQ. (SBN 148372)
DERBY, McGUINNESS & GOLDSMITH, LLP
200 Lakeside Drive Suite A
Oakland, CA 94612
Phone: (510) 987-8778
Fax: (510) 359-4414
info@dmglawfirm.com

Attorneys for Plaintiffs
TRACY ROUSSEAU and STAN ROUSSEAU

DOMINIQUE A. POLLARA, ESQ (SBN 141036)
POLLARA LAW GROUP
3600 American River Drive, Suite 160
Sacramento, CA 95864
Phone: (916) 55-5880
Fax: (916) 550-5066
dp@pollara-law.com

Attorneys for Defendants
ST. HELENA HOSPITAL and
ADVENTIST HEALTHCARE/WEST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ROUSSEAU and STAN ROUSSEAU<br><br>Plaintiffs,<br><br>v.<br><br>ST. HELENA HOSPITAL; AND ADVENTIST HEALTHCARE/WEST,<br><br>Defendants. | Case No. 4:17-cv-02985 HSG<br><br>Civil Rights<br><br>**STIPULATION AND ORDER TO BE REFERRED TO MEDIATION UNDER GENERAL ORDER 56**<br><br>Action Filed: May 24, 2017 |

## **STIPULATION**

By and through their attorneys of record, Plaintiffs TRACY ROUSSEAU and STAN ROUSSEAU ("Plaintiffs") and Defendants ST. HELENA HOSPITAL and ADVENTIST HEALTHCARE/WEST ("Defendants") hereby stipulate and agree as follows:

WHEREAS, this case has been assigned for early disclosures and mediation under General

| | |
|---|---|
| 1 | Order 56; |
| 2 | WHEREAS, pursuant to General Order 56, the Parties must complete a site inspection and |
| 3 | then wait 42 days before filing a Notice of Need for Mediation; |
| 4 | WHEREAS, the alleged barrier to access under the Americans with Disability Act (ADA) |
| 5 | in this case arises from policies, not architectural barriers; |
| 6 | WHEREAS, the parties agree that a site inspection is not necessary in order to prepare |
| 7 | them for mediation; |
| 8 | WHEREAS, the Parties wish to resolve this matter as expeditiously as possible; |
| 9 | IT IS HEREBY STIPULATED AND AGREED by and between the Parties that this case |
| 10 | should be referred to mediation under General Order 56 immediately. |
| 11 | **IT IS SO STIPULATED.** |

Dated: July 12, 2017                                    DERBY, McGUINNESS & GOLDSMITH, LLP


    */s/ Celia McGuinness*
By:  CELIA McGUINNESS, ESQ.
Attorneys for Plaintiffs
TRACY ROUSSEAU and STAN ROUSSEAU


Dated:  July 12, 2017                                   POLLARA LAW GROUP


    */s/ Dominique A. Pollara*
By:  DOMINIQUE A. POLLARA, ESQ.
Attorneys for Defendants
ST. HELENA HOSPITAL and
ADVENTIST HEALTHCARE/WEST

# **ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ORDERED that this case shall be referred to mediation immediately.

**IT IS SO ORDERED.**

Dated: July 13, 2017

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

| | |
|---|---|
| 1 | **FILER'S ATTESTATION** |
| 2 | Pursuant to Civil Local Rule 5-1, I hereby attest that on July 11, 2017, I, Celia |
| 3 | McGuinness, attorney with Derby, McGuinness & Goldsmith, LLP, received the concurrence of |
| 4 | Dominique Pollara in the filing of this document. |

                                                */s/ Celia McGuinness*
                                                Celia McGuinness