1 | CELIA L. McGUINNESS, ESQ. (SBN 159420)
STEVEN L. DERBY, ESQ. (SBN 148372)
2 | DERBY, McGUINNESS & GOLDSMITH, LLP
200 Lakeside Drive Suite A
3 | Oakland, CA 94612
Phone: (510) 987-8778
4 | Fax: (510) 359-4414
info@dmglawfirm.com
5 |
Attorneys for Plaintiffs
6 | TRACY ROUSSEAU and STAN ROUSSEAU

7 | DOMINIQUE A. POLLARA, ESQ (SBN 141036)
POLLARA LAW GROUP
8 | 3600 American River Drive, Suite 160
Sacramento, CA 95864
9 | Phone: (916) 55-5880
Fax: (916) 550-5066
10 | dp@pollara-law.com

11 | Attorneys for Defendants
ST. HELENA HOSPITAL and
12 | ADVENTIST HEALTHCARE/WEST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ROUSSEAU and STAN ROUSSEAU<br><br>Plaintiffs,<br><br>v.<br><br>ST. HELENA HOSPITAL; AND ADVENTIST HEALTHCARE/WEST,<br><br>Defendants. | Case No. 4:17-cv-02985 HSG<br><br>Civil Rights<br><br>**STIPULATION AND ORDER TO CONTINUE THE DEADLINE TO COMPLETE MEDIATION**<br><br>Action Filed: May 24, 2017 |

## **STIPULATION**

Plaintiffs TRACY ROUSSEAU and STAN ROUSSEAU ("Plaintiffs") and Defendants ST. HELENA HOSPITAL and ADVENTIST HEALTHCARE/WEST ("Defendants") – Plaintiffs and Defendants together the "Parties" – hereby stipulate and request that the Court

extend the deadline for the Parties to complete mediation under General Order 56, based upon the following Good Cause:

1. Plaintiffs filed this action on May 24, 2017. Dkt. No. 1.
2. The Court order the case into General Order 56 on May 24, 2017. Dkt. No 4.
3. The Parties stipulated to forego a site inspection due to the nature of injunctive relief at issue in the case and engage in early mediation under the General Order 56. Dkt. No. 17.
4. The case was referred to mediation on July 18, 2017, and assigned to mediator Eric Ivary on August 10, 2017. Dkt. No. 20.
5. The Court set a deadline to complete the mediation of October 11, 2017.
6. The Parties have been working cooperatively within the parameters of General Order 56 to resolve Plaintiffs' claims, including participating in a productive mediation on October 3, 2017. Dkt. No. 22.
7. On October 3, 2017, Mediator Eric Ivary filed a Certification of ADR Session which stated that further facilitated discussions were expected. *Id.*
8. The Parties wish to continue facilitated settlement discussions under the parameters of General Order 56. The parties have created a process for mediation that anticipates resolving the issues in stages.
9. The Parties therefore stipulate and request that the Court Order the deadline to complete mediation under General Order 56 be extended to December 29, 2017.

**IT IS SO STIPULATED.**

Dated: October 3, 2017        DERBY, McGUINNESS & GOLDSMITH, LLP

              */s/ Celia McGuinness*
             By:  CELIA McGUINNESS, ESQ.
             Attorneys for Plaintiffs
             TRACY ROUSSEAU and STAN ROUSSEAU

STIPULATION AND ORDER TO
CONTINUE DEADLINE TO COMPLETE MEDIATION
CASE NO. 4:17-cv-02985 HSG        C:\Users\rileyn\AppData\Local\Temp\notes06E812\2017 10 03 Stip to cont deadline to Med.docx

| | | |
|---|---|---|
| 1 | Dated: October 3, 2017 | POLLARA LAW GROUP |
| 2 | | |
| 3 | | */s/ Dominique A. Pollara* |
| 4 | | By: DOMINIQUE A. POLLARA, ESQ.<br>Attorneys for Defendants |
| 5 | | ST. HELENA HOSPITAL and<br>ADVENTIST HEALTHCARE/WEST |

**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ORDERED that deadline for the parties to complete mediation through General Order 56 shall be December 29, 2017.

**IT IS SO ORDERED.**

Dated: October 4, 2017

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge