1   CELIA L. McGUINNESS, ESQ. (SBN 159420)
    STEVEN L. DERBY, ESQ. (SBN 148372)
2   DERBY, McGUINNESS & GOLDSMITH, LLP
    200 Lakeside Drive Suite A
3   Oakland, CA 94612
    Phone:  (510) 987-8778
4   Fax:  (510) 359-4414
    info@dmglawfirm.com
5
    Attorneys for Plaintiffs
6   TRACY ROUSSEAU and STAN ROUSSEAU

7   DOMINIQUE A. POLLARA, ESQ. (SBN 141036)
    VANESSA N. RAVEN, ESQ. (SBN 294276)
8   POLLARA LAW GROUP
    3600 American River Drive, Suite 160
9   Sacramento, CA 95864
    Phone:  (916) 55-5880
10  Fax:  (916) 550-5066
    dp@pollara-law.com
11
    Attorneys for Defendants
12  ST. HELENA HOSPITAL NAPA VALLEY
    (erroneously sued herein as ST. HELENA HOSPITAL)
13  and ADVENTIST HEALTH SYSTEM/WEST
    (erroneously sued herein as ADVENTIST HEALTHCARE/WEST)

14

15                  UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18  TRACY ROUSSEAU and STAN            Case No.  4:17-cv-02985 HSG
    ROUSSEAU
19                                     ORDER OF DISMISSAL

20              Plaintiffs,

21   v.                                [Fed. R. Civ. P. 41(a)(2)]

22  ST. HELENA HOSPITAL; AND
    ADVENTIST HEALTHCARE/WEST,
23
                Defendants.
24

25  / / /

26  / / /

27  / / /

28  / / /

IT IS HEREBY ORDERED that Defendants ST. HELENA HOSPITAL NAPA VALLEY (erroneously sued herein as ST. HELENA HOSPITAL) and ADVENTIST HEALTH SYSTEM/WEST (erroneously sued herein as ADVENTIST HEALTHCARE/WEST) are dismissed pursuant to the Stipulation of Dismissal; Request for Order from the above entitled matter.

DATED this 20th day of June, 2018.

Haywood S. Gilliam, Jr.
JUDGE OF THE UNITED STATES DISTRICT COURT